IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

HSBC MORTGAGE SERVICES INC.,

    Plaintiff,

v.                                    No. CIV-13-0508 KG/LAM

MARIE A. MARTINEZ, A/K/A
MARIE MARTINEZ,
FELIX J. MARTINEZ, A/K/A
FELIX JOE MARTINEZ,
FELIX JOE MARTINEZ, PUBLIC TRUST, AND
SOUTHWEST FINANCIAL SERVICES INC.,

    Defendants.

## ORDER GRANTING MOTION TO ALLOW ELECTRONIC FILING

**THIS MATTER** is before the Court on *pro se* Defendants Felix Martinez and Marie Martinez' *Motion to Allow Electronic Filing (Doc. 45)*. Having considered the motion, record of the case, and relevant law, the Court finds that the motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that *pro se* Defendants Felix Martinez and Marie Martinez' *Motion to Allow Electronic Filing (Doc. 45)* is **GRANTED** and, pursuant to Section 3(b)(3) of the Court's CM/ECF Administrative Procedures Manual, Defendants Felix Martinez and Marie Martinez may file electronically in this case via the Court's CM/ECF filing system.

    **IT IS SO ORDERED.**

*Lourdes A. Martínez* (signature)
**LOURDES A. MARTÍNEZ**
**United States Magistrate Judge**