# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

VOLT ASSET HOLDINGS TRUST XVI,

        Plaintiff,

v.                                          Case No. 1:13-CV-00508-KG-KK

MARIE A. MARTINEZ A/K/A MARIE
MARTINEZ, FELIX J. MARTINEZ A/K/A
FELIX JOE MARTINEZ, FELIX JOE
MARTINEZ PUBLIC TRUST, AND
SOUTHWEST FINANCIAL SERVICES INC.,

        Defendants.

## ORDER ENTERING FINAL DEFAULT JUDGMENT

This matter came to be heard upon the motion of VOLT Asset Holdings Trust XVI ("Plaintiff") for Default Judgment and the affidavit attached thereto; service of the Summons and Complaint having been made upon Defendants Felix Joe Martinez Public Trust and Southwest Financial Services, Inc.; Defendants having failed to plead in response to the Complaint in this action; this Court having subject matter and personal jurisdiction over this case and the parties thereto; entry of default against Defendants having previously been entered; and upon consideration of the evidence submitted to this Court; it appears that entry of Default Judgment is appropriate. Therefore, it is hereby

ORDERED, ADJUDGED, AND DECREED, that final judgment is entered in favor of Plaintiff and against Defendants Felix Joe Martinez Public Trust and Southwest Financial Services, Inc. as follows:

(1) Default Foreclosure Judgment is entered in favor of Plaintiff and against Defendants Felix Joe Martinez Public Trust and Southwest Financial Services, Inc. foreclosing the interests of said Defendants with regard to the property that is the subject of this action. Said property is more fully described as:

A certain parcel of land, lying and being situate within the Santa Cruz Grant, (Projected) Section 36, Township 21 North, Range 9 East of the New Mexico Principal Meridian, in the vicinity of Chimayo, County of Rio Arriba, State of New Mexico, being more partiuclarly described as follows, to wit:

Beginning at a point for the northeast corner of the property herein described from which point Angle Point No. 2 of S.H.C. 5489, Tract 10, marked with a U.S.G.L.O. Government Brass Cap, bears N. 84°30'24" E., a distance of 3218.22 feet;
Thence S. 20°40'58" W., a distance of 119.08 feet to a point;
Thence S. 84° 53'07" E., a distance of 1.56 feet to a point'
Thence S. 16° 12'33" W., a distance of 136.33 feet to the southeast corner;
Thence N. 81° 33'35" W., a distance of 87.34 feet to the southwest corner;
Thence N. 08° 56'33" E., a distance of 115.95 feet to a point;
Thence S. 85° 21'31" E., a distance of 42.0 feet to a point;
Thence N. 10° 51'12" E., a distance of 41.19 feet to a point;
Thence N. 41° 02'14" E., a distance of 48.65 feet to a point;
Thence N. 23° 28'04" E., a distance of 17.85 feet to a point;
Thence N. 13° 38'01" E., a distance of 31.30 feet to the northwest corner;
Thence S. 83° 50'52" E., a distance of 51.31 feet to the northeast corner, the point and place of beginning.

Containing 0.424 of an Acre, more or less,

including all improvements now or hereafter erected on the property, and all easements, appurtenances, and fixtures now or hereafter a part of the property. The property is generally described with the street address of SR 76 #737 A Chimayo, New Mexico 87522. If there is a conflict between the legal description and the street address, the legal description shall control.

(2)     No monetary award is entered against Defendants Felix Joe Martinez Public Trust and Southwest Financial Services, Inc.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE